U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed July 13, 2009                                      **United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLEGIANCE CROSSROADS, LP | § | CASE NO. 09-32802-bjh-11 |
| | § | (Chapter 11) |
| | § | |
| **Debtor.** | § | |

### AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AGAINST PROPERTY AND FOR ADEQUATE PROTECTION

CAME ON for consideration BB Syndication Services, Inc. ("**BBSSI**") with its Motion for Relief from the Automatic Stay Against Property and for Adequate Protection (the "**Motion**"). After reviewing the Motion, the Response thereto filed by Allegiance Crossroads, LP (the "**Debtor**") and the affidavits filed in support of each of these pleadings, and after considering the agreement of the parties, the Court finds that the relief requested in the Motion is well-founded and should be granted.  It is hereby:

ORDERED that this Motion is hereby GRANTED; and it is further

ORDERED that the automatic stay imposed by Section 362 of the Bankruptcy Code shall automatically lift at 11:59 p.m. (central time) on August 2, 2009, without further order of this Court, to allow BBSSI to enforce its remedies under relevant loan documents (including the Loan Agreement[1], Note, Deed of Trust and Security Agreement) and/or common law, including, but not limited to the posting and foreclosure of BBSSI's security interests in the Project (and any other collateral pledged by the Debtor to BBSSI) .

### # # # END OF ORDER # # #

Agreed as to form and substance:

**HUNTON & WILLIAMS LLP**

By: /s/ Michael S. Held
Michael S. Held
Texas Bar No. 09388150
1445 Ross Avenue
Suite 3700
Dallas, TX 75202-2799
214-468-3300 Telephone
214-740-7130 Telecopy
mheld@hunton.com

**ATTORNEYS FOR BB SYNDICATION SERVICES, INC.**

**McGuire, Craddock & Strother, P.C.**

By:  /s/ Marc W. Taubenfeld
Marc W. Taubenfeld
Texas Bar No. 19679800
500 N. Akard Street, Suite 3550
Dallas, TX 75201
214-954-6800 Telephone
214-954-6850 Telecopy
mtaubenfeld@mcslaw.com

---

[1] All terms capitalized but not defined herein shall have the meaning ascribed to them in the Motion.

**ATTORNEYS FOR THE DEBTOR, ALLEGIANCE CROSSROADS, LP**